## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*M & D Distributors*
Attn:  President/CEO
33 Shadowbrook Lane
Brownsville, TX 78521-1648

*M & D Distributors*
Attn:  Roy S. Dale, Registered Agent
3547 East 14th Street, Suite A
Brownsville, TX 75820

Mary E. Augustine (No. 4477)

619627v1